USCA1 Opinion

 

 February 17, 1994 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-2035 IN RE MICROBIOLOGICAL SCIENCES, INC., ETC., Debtor. ____________________ MICROBIOLOGICAL SCIENCES, INC., Debtor, v. KENNETH A. McGAW, ETC., ET AL., Appellants. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ _________________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ _________________________ Andrew Z. Schwartz, with whom Foley, Hoag & Eliot was on ___________________ ____________________ brief, for appellants. Charles R. Bennett, Jr., with whom Paul S. Samson and Riemer _______________________ ______________ ______ & Braunstein were on brief, for appellee Shawmut Bank. ____________ _________________________ _________________________ Per Curiam. As we have indicated before, when a Per Curiam. ___________ district court produces a scholarly opinion that reaches the correct result, a reviewing tribunal should not rush to write at length merely to put matters in its own words. See, e.g., In re ___ ____ _____ San Juan Dupont Plaza Hotel Fire Litig., 989 F.2d 36, 38 (1st _________________________________________ Cir. 1993). So it is here. We agree with the court below that, in this case, (i) the mortgage at issue is not a valid "in globo" mortgage under Louisiana law, and (ii) the bankruptcy court erred in holding to the contrary. We, therefore, summarily affirm the judgment below, for substantially the reasons articulated in the district court's comprehensive and well-reasoned rescript, see In ___ __ re Microbiological Sciences, Inc., C.A. Nos. 92-0255, 92-0654, __________________________________ slip. op. at 7-19 (D.R.I. Aug. 13, 1993). Affirmed. See 1st Cir. Loc. R. 27.1. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ 2